APPEAL No. 1681. TOWN OF NARRAGANSETT *v.* MARCOS J. PAPPAS *et al.* This matter came on to be heard on a show cause order issued by this court on October 26, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *James O. Watts,* for plaintiff. *Edward J. Regan,* for defendants.

November 30, 1978.

M. P. No. 76-460 AND M. P. No. 76-461. BRISTOL COUNTY WATER COMPANY *v.* WILLIAM W. HARSCH *et al.* Petitioner's petition to reargue is denied. *John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Assistant Attorney General, *Dennis J. Roberts II,* for respondents.

M. P. No. 78-206. NATIONAL EDUCATION ASSOCIATION— CHARIHO *v.* RHODE ISLAND BOARD OF REGENTS FOR EDUCATION AND CHARIHO SCHOOL COMMITTEE. The petition for writ of certiorari is denied. *Natale L. Urso, Thomas J. Liguori,* for petitioner. *Breslin, Sweeney & Gordon, David F. Sweeney,* for Chariho School Committee, for respondent.

M. P. No. 78-271. JOHN J. DELCOURT *et al. v.* MICHAEL JOHN URBAN, JR. *et al.* The petition for writ of certiorari is denied. *Coffey, McGovern, Noel and Novogroski, Charles J. McGovern, Kenneth R. Neal,* for petitioners. *Vincent J. Piccirilli,* for respondents.